478 A.2d 93

Commonwealth, Appellant, v. Dively.

Petition for Allowance of Appeal
Denied Sept. 27, 1984.

Argued April 3, 1984.

Kevin A. Hess, Assistant District Attorney, for appellant; Wesley J. Oler, Jr., for appellee.

Before WICKERSHAM, OLSZEWSKI and HOFFMAN, JJ.

Order affirmed.

OLSZEWSKI, J., filed a dissenting memorandum.